# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, et al., | Case No. 2:14-cv-01475-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| NORTH LAS VEGAS POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to compel Defendant North Las Vegas Police Department ("NLVPD") to produce two categories of documents: (1) all internal affairs documents regarding prior incidents involving the use of force against dogs by NLVPD officers in Response to Request Nos. 10, 15; and (2) all employment records of Officer Paul Maalouf and Officer Travis Snyder in response to Request Nos. 13, 14. Docket No. 31; *see also* Docket No. 34 at 13. Defendant submitted a response, and Plaintiffs replied. Docket Nos. 33, 34.

The Court hereby ORDERS Defendant NLVPD to submit the above referenced documents to the chambers of the undersigned for an *in camera* review, no later than October 29, 2015.

IT IS SO ORDERED.

DATED: October 22, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge