# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NORTH LAS VEGAS POLICE DEPT., et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:14-cv-01475-JAD-NJK <br><br> ORDER <br><br> (Docket No. 38) |

Pending before the Court is Defendant North Las Vegas Police Department's ("NLVPD") motion to extend deadline for producing certain documents *in camera*. Docket No. 38. For good cause shown, the Court **GRANTS** Defendant's motion. Defendant must submit to chambers of the undersigned, *in camera*, all internal affairs documents regarding prior incidents involving the use of force against dogs by NLVPD officers, no later than **November 19, 2015**.

IT IS SO ORDERED.

DATED: October 28, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge