Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
**MAUPIN NAYLOR BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | Case. No.: 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS PRAYER FOR INJUNCTIVE RELIEF**<br><br>**(First Request)** |

Plaintiffs, Thomas Walker and Cathy Catlado, and Defendants, North Las Vegas Police Department, North Las Vegas Police Department Officer Paul Maalouf, and North Las Vegas Police Officer Travis Snyder, by and through their respective counsel of record, hereby agree and stipulate to extend the time for Plaintiffs Thomas Walker and Cathy Cataldo to file their Response to Defendants' Motion to Dismiss Prayer for Injunctive Relief, which

ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
Las Vegas, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

is currently due on December 11, 2015, be extended to and including **December 18, 2015**.

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay. The Motion to Dismiss was filed on the eve of the recent Thanksgiving holiday and Plaintiffs' counsel schedule requires additional time.

DATED this 4th day of December, 2015.          DATED this 4th day of December, 2015.

LEWIS BRISBOIS BISGAARD & SMITH          MCLETCHIE SHELL LLC


*/s/ Gregory S. Bean*                             */s/ Margaret A. McLetchie*
Robert W. Freeman, Jr., NBN 3062          Margaret A. McLetchie, NBN 10931
Gregory S. Bean, NBN 12694               Alina M. Shell, NBN 11711
6385 S. Rainbow Blvd., Suite 600         701 East Bridger Ave., Suite 520
Las Vegas, NV 89118                      Las Vegas, NV 89101
*Attorneys for Defendants*

                                         and

                                         MAUPIN NAYLOR BRASTER
                                         Jennifer L. Braster, NBN 9982
                                         1050 Indigo Drive, Suite 112
                                         Las Vegas, NV 89145

                                         *Attorneys for Plaintiffs*


<u>**ORDER**</u>

IT IS SO ORDERED.

Dated:  December 4, 2015.



_____
UNITED STATES DISTRICT JUDGE