Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
**MAUPIN NAYLOR BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | **Case. No.: 2:14-cv-01475-JAD-NJK**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OF MOTION TO COMPEL (Dckts. # 48, 52)**<br><br>**(First Request)** |

Plaintiffs, Thomas Walker and Cathy Catlado, and Defendants, North Las Vegas Police Department, North Las Vegas Police Department Officer Paul Maalouf, and North Las Vegas Police Officer Travis Snyder, by and through their respective counsel of record, hereby agree and stipulate to extend the time for Plaintiffs Thomas Walker and Cathy Cataldo

1

to file their Reply to Defendants' Response to Plaintiffs' Motion to Compel, which is currently due on January 14, 2016, be extended to and including **January 21, 2016**.

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay. Plaintiffs' counsel require additional time due to unexpected scheduling issues but Plaintiffs will file the Reply as soon as possible, no later than January 21, 2016.

DATED this 13th day of January, 2016.　　　DATED this 13th day of January, 2016.

LEWIS BRISBOIS BISGAARD & SMITH　　MCLETCHIE SHELL LLC

*/s/ Gregory S. Bean*　　　　　　　　　　　　*/s/ Margaret A. McLetchie*
Robert W. Freeman, Jr., NBN 3062　　　　　Margaret A. McLetchie, NBN 10931
Gregory S. Bean, NBN 12694　　　　　　　　Alina M. Shell, NBN 11711
6385 S. Rainbow Blvd., Suite 600　　　　　　701 East Bridger Ave., Suite 520
Las Vegas, NV 89118　　　　　　　　　　　　Las Vegas, NV 89101
*Attorneys for Defendants*

and

MAUPIN NAYLOR BRASTER
Jennifer L. Braster, NBN 9982
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145

*Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED.

DATED this __14th__ day of January, 2016.

_____
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE