ROBERT W. FREEMAN
Nevada Bar No. 3062
GREGORY S. BEAN
Nevada Bar No. 12694
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
North Las Vegas Police Department,
Officer Paul Maalouf and Officer Travis Snyder

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | CASE NO. 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL (DOC. #60)** |

Defendants, North Las Vegas Police Department, Officer Paul Maalouf, and Officer Travis Snyder and Plaintiffs, Thomas Walker and Cathy Catlado, by and through their respective counsel of record, hereby agree and stipulate to extend the time for Defendants to file their Response to Plaintiffs' Motion to Compel (Doc. #60). The response is currently due on February 22, 2016; the parties stipulate to extend the date to respond to **February 29, 2016**.

/ / /

/ / /

/ / /

/ / /

4848-3385-3486.1

This stipulation for an extension is necessitated by counsel for Defendants trial in another matter beginning February 22, 2016, and continuing the remainder of the week. Counsel for Defendants needs additional time to file a response. This stipulation is not sought for any improper purpose or other purpose of delay.

| DATED this 22nd day of February, 2016 | DATED this 22nd day of February, 2016 |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | MCLETCHIE SHELL LLC |
| /s/ Robert W. Freeman<br>Robert W. Freeman, Jr.,<br>Nevada Bar No. 03062<br>Gregory S. Bean<br>Nevada Bar No. 12694<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants* | /s/ Margaret A. McLetchie<br>Margaret A. McLetchie<br>Nevada Bar No. 10931<br>Alina M. Shell<br>Nevada Bar NO. 11711<br>701 East Bridger Ave., Suite 520<br>Las Vegas, NV 89101<br><br>and<br><br>MAUPIN NAYLOR BRASTER<br>Jennifer L. Braster,<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 112<br>Las Vegas, NV 89145<br><br>*Attorneys for Plaintiffs* |

### ORDER

IT IS SO ORDERED.

DATED this __23rd__ day of February, 2016.

_____
United States Magistrate Judge