Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
**MAUPIN NAYLOR BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>Plaintiff,<br><br>v.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | Case No. 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL (DOC. #60)** |

Plaintiffs, Thomas Walker and Cathy Cataldo, and Defendants, North Las Vegas Police Department, Officer Paul Maalouf, and Officer Travis Snyder, and by and through their respective counsel of record, hereby agree and stipulate to extend the time for Plaintiffs to file their Reply in Support of their Motion to Compel (Doc. #60). The response is currently due on March 10, 2016; the parties stipulate to extend the date to respond to March 17, 2016.

This stipulation for an extension is necessitated by Plaintiffs' counsel's previously-scheduled trip and scheduling issues. Because of this previously-scheduled, non-refundable trip and scheduling issues, Plaintiffs' counsel will need additional time to file a response. This stipulation is not sought for any improper purpose or other purpose of delay.

DATED this 3rd day of March, 2016.                     DATED this 3rd day of March, 2016.

LEWIS BRISBOIS BISGAARD & SMITH            MCLETCHIE SHELL LLC

*/s/ Gregory S. Bean*                                              */s/ Jennifer L. Braster*
Robert W. Freeman, Jr., NBN 3062                    Margaret A. McLetchie, NBN 10931
Gregory S. Bean, NBN 12694                            Alina M. Shell, NBN 11711
6385 S. Rainbow Blvd., Suite 600                      701 East Bridger Ave., Suite 520
Las Vegas, NV 89118                                         Las Vegas, NV 89101
*Attorneys for Defendants*

                                                                          and

                                                                          MAUPIN NAYLOR BRASTER
                                                                          Jennifer L. Braster, NBN 9982
                                                                          1050 Indigo Drive, Suite 112
                                                                          Las Vegas, NV 89145

                                                                          *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this 4th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE