Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
**MAUPIN NAYLOR BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | Case. No.: 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** (Dckts. # 65, 75)<br><br>**(First Request)** |

Plaintiffs, Thomas Walker and Cathy Catlado, and Defendants, North Las Vegas Police Department, North Las Vegas Police Department Officer Paul Maalouf, and North Las Vegas Police Officer Travis Snyder, by and through their respective counsel of record, hereby agree and stipulate to extend the time for Plaintiffs Thomas Walker and Cathy Cataldo to file their Reply to Defendants' Response to Plaintiffs' Motion for Leave to File Second Amended Complaint, which is currently due on March 18, 2016, be extended to and

including **March 25, 2016**.

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay. Plaintiffs' counsel require additional time due to competing deadlines, including the Reply to Defendants' Response to Plaintiffs' Motion to Compel (Dckts. # 61, 69), Response to Defendants' Motion to Bifurcate Trial (Dckt. # 70), and Response to Defendants' Motion to Stay Discovery (Dckt. # 72), which all have deadlines in the same week. Plaintiffs will file the Reply as soon as possible, no later than March 25, 2016.

DATED this 11th day of March, 2016.     DATED this 11th day of March, 2016.

LEWIS BRISBOIS BISGAARD & SMITH      MCLETCHIE SHELL LLC


*/s/ Gregory S. Bean*                 */s/ Margaret A. McLetchie*
Robert W. Freeman, Jr., NBN 3062      Margaret A. McLetchie, NBN 10931
Gregory S. Bean, NBN 12694            Alina M. Shell, NBN 11711
6385 S. Rainbow Blvd., Suite 600      701 East Bridger Ave., Suite 520
Las Vegas, NV 89118                   Las Vegas, NV 89101
*Attorneys for Defendants*

                                      and

                                      MAUPIN NAYLOR BRASTER
                                      Jennifer L. Braster, NBN 9982
                                      1050 Indigo Drive, Suite 112
                                      Las Vegas, NV 89145

                                      *Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated:  March 11, 2016.

_____
UNITED STATES DISTRICT JUDGE