# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, et al., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01475-JAD-NJK |
| vs. | ) ORDER |
| NORTH LAS VEGAS POLICE DEPARTMENT, et al., | ) (Docket No. 126) |
| Defendant(s). | ) |

Pending before the Court is Plaintiffs' and Interested Party Las Vegas Metropolitan Police Department's ("LVMPD") joint motion to extend time for LVMPD to file its reply in support of its motion to quash non-party subpoena. Docket No. 126. A motion or stipulation to extend time must state the reasons for the extension requested. LR IA 6-1(a). Plaintiffs and LVMPD, however, do not explain the reasons for the requested extension. *See* Docket No. 126. Accordingly, their joint motion, Docket No. 126, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: April 19, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge