**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for LVMPD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>              Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Officer<br><br>              Defendants. | Case No.:    2:14-cv-01475-JAD-NJK |

## STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF LVMPD'S MOTION TO QUASH NON-PARTY SUBPOENA

Las Vegas Metropolitan Police Department (hereinafter "LVMPD"), by and through its counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiffs, by and through their counsel of record, Margaret A. McLetchie, Esq., of the firm of McLetchie Shell, LLC, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS STIPULATED AND AGREED to by the Parties that the time for LVMPD to file its Reply in Support of Motion to Quash Non-Party Subpoena in the above entitled matter shall be extended for one week from April 18, 2017, which would now make the ***Reply due by April 25, 2017***. Counsel for LVMPD's laptop computer developed a malicious process which, upon remote access to the Firm's databases, caused a complete inability to access documents and files residing on the Firm's databases for any appreciable amount of time, such that counsel was unable to draft the reply in a timely manner. Counsel has been informed by the Firm's Information Technology Officer that the matter has been resolved.

Dated this 25th day of April, 2017.

**McLETCHIE SHELL, LLC**

By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Alina M. Shell, Esq.
Nevada Bar No. 11711
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

Dated this 25th day of April, 2017.

**MARQUIS AURBACH COFFING**

By: /s/ Nick D. Crosby
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 26, 2017

MAC:14687-016 3066507_1 4/25/2017 3:52 PM