Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
MCLETCHIE SHELL LLC
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>Plaintiffs,<br>vs.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | Case. No.: 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFFS' REPLY TO CITY OF HENDERSON'S RESPONSE TO PLAINTIFFS' REQUEST TO RECONDISER MAGISTRATE JUDGE'S ORDER ON MOTION TO QUASH (ECF No. 125)**<br><br>[ECF No. 135] |

Plaintiffs, THOMAS WALKER and CATHY CATALDO (hereinafter "Plaintiffs"), by and through their attorneys of record, Margaret A. McLetchie and Alina M. Shell of McLetchie Shell, LLC and Jennifer L. Braster of Naylor & Braster, and City of Henderson, by and through its counsel of record, Josh M. Reid, Esq. and Nancy D. Savage, Esq., of the City of Henderson's City Attorney's Office, hereby stipulate and agree as follows:

1

IT IS STIPULATED AND AGREED to by the Parties that the time for Plaintiffs to file their Reply to City of Henderson's Response to Plaintiffs' Request to Reconsider Magistrate Judge's Order on Motion to Quash Non-Party Subpoena (ECF No. 125) in the above entitled matter shall be extended for eight days from May 22, 2017, which would now make the ***Reply due by May 30, 2017***.

This stipulation is made because counsel for Plaintiffs had an opening brief on May 17, 2017 with the Nevada Supreme Court in *James v. State*, Case No. 71935. Counsel for plaintiffs also had a reply brief due that same day with the Nevada Supreme Court in *Richard v. State*, Case No. 71288. Additionally, counsel for Plaintiffs was required to travel to Lovelock, Nevada from May 19, 2017 through May 20, 2017 to visit a client in another matter in which counsel is appointed post-conviction counsel. In addition, Plaintiffs are conducting depositions of the North Las Vegas Police Department's Fed. R. Civ. P. 30(b)(6) witnesses May 23, 2017, through May 25, 2017. As such, the stipulation for an extension of time is not for any improper purpose or for the purpose of delay.

DATED this ____ day of May, 2017.

**MCLETCHIE SHELL, LLC**

By: */s/ Alina M. Shell*
　　Margaret A. McLetchie, NBN 10931
　　Alina M. Shell, NBN 11711
　　701 East Bridger Ave., Suite 520
　　Las Vegas, Nevada 89101

　　NAYLOR & BRASTER
　　Jennifer L. Braster, NBN 9982
　　1050 Indigo Drive, Suite 200
　　Las Vegas, NV 89145
　　*Attorneys for Plaintiffs*

DATED this ____ day of May, 2017.

**CITY OF HENDERSON**

By: */s/ Nancy D. Savage*
　　Josh M. Reid, NBN 7497
　　Nancy D. Savage, NBN 392
　　240 Water Street, MSC 144
　　Henderson, NV 89015
　　*Attorneys for Non-Party City of Henderson*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2017