**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for LVMPD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>               Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Officer<br><br>               Defendants. | Case No.:    2:14-cv-01475-JAD-NJK |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' REQUEST TO RECONSIDER MAGISTRATE JUDGE'S ORDER ON MOTION TO QUASH (ECF NO. 133)

Las Vegas Metropolitan Police Department (hereinafter "LVMPD"), by and through its counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiffs, by and through their counsel of record, Margaret A. McLetchie, Esq., of the firm of McLetchie Shell, LLC, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

IT IS STIPULATED AND AGREED to by the Parties that the time for LVMPD to file its Opposition to Plaintiffs' Request to Reconsider Magistrate Judge's Order on Motion to Quash in the above entitled matter shall be extended for two weeks from May 25, 2017, which would now make the ***Opposition due by June 8, 2017***. Counsel for LVMPD's will be out of state from May 25, 2017 through May 29, 2017, such that counsel was unable to file the opposition in a timely manner.

Dated this 25th day of May, 2017.

**McLETCHIE SHELL, LLC**

By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Alina M. Shell, Esq.
Nevada Bar No. 11711
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

Dated this 25th day of May, 2017.

**MARQUIS AURBACH COFFING**

By: /s/ Nick D. Crosby
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: 05/31/2017

Page 2 of 2

MAC:14687-016 3094482_1 5/25/2017 8:43 AM