# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, et al., | Case No. 2:14-cv-01475-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 145) |
| CITY OF NORTH LAS VEGAS, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion for an order fixing expert witness fees related to a deposition taken on June 8, 2017. Docket No. 145. "Discovery is supposed to proceed with minimal involvement of the Court." *F.D.I.C. v. Butcher*, 116 F.R.D. 196, 203 (E.D. Tenn. 1986). Counsel should strive to be cooperative, practical and sensible, and should seek judicial intervention "only in extraordinary situations that implicate truly significant interests." *In re Convergent Techs. Securities Litig.*, 108 F.R.D. 328, 331 (N.D. Cal. 1985). A pre-filing conference between counsel that includes personal consultation is required before filing a discovery motion. Local Rule 26-7(c); *see also* Local Rule IA 1-3(f). Plaintiffs' motion indicates that their counsel sent a letter to opposing counsel on this issue, but has not received a response. Docket No. 145-1 at ¶¶ 9-10. Because that showing fails to show a sufficient pre-filing conference has been held, the motion is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: July 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge