# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, et al., | ) |
|         Plaintiff(s), | ) Case No. 2:14-cv-01475-JAD-NJK |
| vs. | ) ORDER |
| CITY OF NORTH LAS VEGAS, et al., | ) (Docket No. 150) |
|         Defendant(s). | ) |

Pending before the Court is Plaintiffs' renewed motion for an order fixing expert witness fees. Docket No. 150. The Court denied Plaintiffs' initial motion because it failed to show that "[a] prefiling conference between counsel that includes personal consultation" had been conducted. Docket No. 146 (citing Local Rule 26-7(c) and Local Rule IA 1-3(f)). Plaintiffs' renewed motion indicates that their counsel sent a letter to opposing counsel and that a responsive letter has been received. Docket No. 150-1 at ¶¶ 10, 14. As the previously cited rules make clear, the exchange of these letters is not sufficient to satisfy the pre-filing conference requirement because it lacks "personal consultation":

> Unless these rules or a court order provides otherwise, this requirement [to meet and confer] may only be satisfied through direct dialogue and discussion in a face-to-face meeting, telephone conference, or video exchange. **The exchange of written, electronic, or voice-mail communications does not satisfy this requirement**.

Local Rule IA 1-3(f) (emphasis added).

Because the renewed motion for an order fixing expert witness fees continues to fail to establish that a sufficient pre-filing conference was conducted, it is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge