ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
City of North Las Vegas,
Officer Paul Maalouf and Officer Travis Snyder

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF NORTH LAS VEGAS, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>            Defendants. | CASE NO. 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR THE PARTIES TO FILE THEIR OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**SECOND REQUEST**<br><br>ECF NO. 176 |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the oppositions to motions for summary judgment in the above-captioned case thirty (30) days, up to and including June 6, 2018.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for defendants initiated this request due to family matters and competing deadlines. Counsel for defendants has been occupied with preparing a Motion for Summary Judgment in *Murry v. NLV et al., 2:17-cv-0157-APG-CWH*. In addition, the defendants have been occupied in preparing reply briefs in *Mitchell v. City of North Las Vegas*, 17-16552, and *Weathers*

4810-7622-6148.1

*v. Loumakis*, 17-17074. Finally, counsel has been out of town attending to a family matter.

Counsel for plaintiffs also has had competing deadlines, including a Response to Appellant/Cross-Respondent's Emergency Motion for Stay Pending Appeal, or in the Alternative Stay Pending Petition for Writ of Mandamus or Prohibition due on April 25, 2018 in Las Vegas Metropolitan Police Department v. American Broadcast Company et al., Nevada Supreme Court Case No. 75518. Counsel for plaintiffs also had a Motion to Alter of Amend an Order Granting Summary Judgment due on April 27, 2018 in Gurshin v. Bank of America, N.A., Case No. 2:15-cv-00323-GMN-VCF. Plaintiffs' counsel also has a competing deadline to file a Reply to Opposition to Special Motion to Dismiss Pursuant to Nev. Rev. Stat. § 41.660 (anti-SLAPP) in Hartfield v. Office of Clark County Coroner, Eighth Judicial District Court Case No. A-18-768781-C.

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their oppositions to motions for summary judgment by thirty (30) days from the current deadline of May 7, 2018 up to and including June 6, 2018.

DATED this 2nd day of May, 2018.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 2nd day of May, 2018.

MCLETCHIE SHELL

/s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Alina M. Shell, Esq.
Nevada Bar No. 11711
701 East Bridger Avenue
Suite 520
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

*and*

NAYLOR & BRASTER
Jennifer K. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive. Suite 200
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED. The parties are cautioned, however, that the workload of counsel will not constitute good cause for additional extensions of this deadline.

_____
U.S. DISTRICT COURT JUDGE
Dated: May 2, 2018