Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>        Plaintiffs,<br><br>   vs.<br><br>CITY OF NORTH LAS VEGAS; OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer; and OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>        Defendants. | Case. No.: 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND ORDER EXTEND THE DEADLINES FOR THE PARTIES TO FILE THEIR OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the oppositions to motions for summary judgment in the above-captioned case fourteen (14) days, up to and including June 20, 2018.

/ / /

/ / /

/ / /

ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
Las Vegas, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiffs initiated this request due to competing deadlines, including a final day of a bench trial in *Howard v. Foster, et al.*, U.S. Dist. Ct. Case No. 2:-13-cv-01368-RFB-NJK scheduled for June 6, 2018. Counsel for Plaintiffs also require additional time due to a loss of air conditioning at their offices on June 4, 2018 which necessitated shutting down normal office operations for the day. Additionally, pursuant to an Order entered by the Court regarding the parties' Stipulated Protective Order in this case (*see* ECF No. 22), counsel for Plaintiffs required additional time to meet and confer with counsel for Defendants regarding documents Plaintiffs intend to include with their response to Defendants' summary judgment motion which Defendants have designated as confidential.

Counsel for defendants also has competing deadlines. Counsel for defendants has been occupied in three independent investigations that have limited his availability. Further counsel for defendants will be out of the state from June 7, 2018 through June 11, 2018. Counsel for defendants will be before the Ninth Circuit Court of Appeals on June 14, 2018 in *Nickler v. Clark County et al*. 16-17211.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their oppositions to motions for summary judgment by fourteen (14) days from the current deadline of June 6, 2018 up to and including June 20, 2018.

IT IS SO STIPULATED.

DATED this 5th day of June, 2018.                    DATED this 5th day of June, 2018.

LEWIS BRISBOIS BISGAARD & SMITH          MCLETCHIE SHELL LLC


/s/ Robert W. Freeman, Jr., Esq.                          /s/ Margaret A. McLetchie
Robert W. Freeman, Jr., Esq. NBN 3062            Margaret A. McLetchie, NBN 10931
Noel E. Eidsmore, Esq. NBN 7688                     Alina M. Shell, NBN 11711
6385 S. Rainbow Blvd., Suite 600                      701 East Bridger Ave., Suite 520
Las Vegas, NV 89118                                          Las Vegas, NV 89101
Attorneys for Defendants

                                                                      and

                                                                      Jennifer L. Braster, NBN 9982
                                                                      NAYLOR & BRASTER
                                                                      1050 Indigo Drive, Suite 200
                                                                      Las Vegas, NV 89145
                                                                      Attorneys for Plaintiffs


                                        **ORDER**

IT IS SO ORDERED.



Dated: June 5, 2018.


_____
UNITED STATES DISTRICT COURT JUDGE