# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Walker and Cathy Cataldo, | Case No.: 2:14-cv-01475-JAD-NJK |
| Plaintiffs | **Order Granting Stipulations to Extend Deadlines** |
| v. | [ECF Nos. 192, 193, 196, 197] |
| Paul Maalouf, et al. | |
| Defendants | |

The parties filed a quartet of stipulations seeking to extend the remaining deadlines pertaining to their competing summary-judgment motions[1] and plaintiffs' associated evidentiary objections.[2] They stipulate to extend the deadline for defendants to respond to plaintiffs' evidentiary objections to August 3, 2018, and the deadline for plaintiffs to reply in support of their evidentiary objections to August 24, 2018.[3] They also stipulate to extend the deadlines to reply in support of their respective summary-judgment motions to August 3, 2018.[4] The parties submit that they require additional time to file their briefs due to competing deadlines for counsel in several other matters.

Good cause appearing, IT IS HEREBY ORDERED that the parties' first-requested stipulations to extend time **[ECF Nos. 192, 193] are GRANTED nunc pro tunc** and the parties' second-requested stipulations to extend time **[ECF Nos. 196, 197] are GRANTED.** The

---

[1] ECF Nos. 164 and 166.

[2] ECF No. 184.

[3] ECF Nos. 192 (first stipulation of these deadlines seeks extension to July 20, 2018, for the response and August 13, 2018, for the reply), 197 (second stipulation of these deadlines seeks extension to August 3, 2018, for the response and August 24, 2018, for the reply).

[4] ECF Nos. 193 (first stipulation of these deadlines seeks extension to July 20, 2018) 196 (second stipulation of these deadlines seeks extension to August 3, 2018).

deadlines for the parties to file any reply in support of their respective summary-judgment motions [ECF Nos. 164, 166] are **EXTENDED to August 3, 2018.** The deadline for defendants to respond to plaintiffs' evidentiary objections [ECF No. 184] is **EXTENDED to August 3, 2018.** And the deadline for plaintiffs to reply in support of their evidentiary objections is **EXTENDED to August 24, 2018.**

Dated: July 13, 2018

_____
U.S. District Judge Jennifer A. Dorsey