ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
City of North Las Vegas,
Officer Paul Maalouf and Officer Travis Snyder

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer, OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | CASE NO. 2:14-cv-01475-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR THE DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendants to file their opposition to Plaintiffs' Motion for Sanctions in the above-captioned case five (5) days, up to and including August 3, 2018.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants has been occupied in preparing for and attending multiple depositions in *Bynum v. City of North Las Vegas*, et al, 2:17-cv-2102-APB-VCF.

WHEREFORE, the parties respectfully request that this Court extend the time for Defendants to file their opposition to Plaintiff's Motion for Sanctions by five (5) days from the

4849-8831-5502.1

current deadline of July 30, 2018 up to and including August 3, 2018.

DATED this 27th day of July, 2018.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 27th day of July, 2018.

MCLETCHIE SHELL

*/s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Alina M. Shell, Esq.
Nevada Bar No. 11711
701 East Bridger Avenue, Ste. 520
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

and

NAYLOR & BRASTER
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive. Suite 200
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated July 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE