Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, an individual, and CATHY CATALDO, an individual<br><br>Plaintiffs,<br>vs.<br><br>CITY OF NORTH LAS VEGAS; OFFICER PAUL MAALOUF, individually and in his official capacity as a North Las Vegas Police Department Officer; and OFFICER TRAVIS SNYDER, individually and in his official capacity as a North Las Vegas Police Department Officer,<br><br>Defendants. | **Case. No.: 2:14-cv-01475-JAD-NJK**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS' TO FILE THEIR REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Plaintiffs' reply to Defendants' Opposition (ECF No. 205) to Plaintiffs' Motion for Sanctions (ECF No. 199) in the above-captioned case seven (7) days, up to and including August 17, 2018.

///

///

1

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiffs initiated this request due to competing deadlines, including a reply to a fee application in *Hartfield v. Office of the Clark County Coroner/Medical Examiner, et al.*, Eighth Judicial District Court Case No. A-18-768781-C , due on August 8, 2018; a hearing on a petition for writ of mandamus in *Las Vegas Review-Journal v. Las Vegas Metropolitan Police Department*, Eighth Judicial District Court Case No. A-18-775378-W, set for August 8, 2018; and an answering brief in *Clark County Office of the Coroner/ Medical Examiner v. Las Vegas Review-Journal*, Nevada Supreme Court Case No. 74604, due on August 13, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Plaintiffs' reply to Defendants' Opposition (ECF No. 205) to Plaintiffs' Motion for Sanctions (ECF No. 199) by seven (7) days from the current deadline of August 10, 2018 up to and including August 17, 2018.

IT IS SO STIPULATED.

| DATED this 7th day of August, 2018. | DATED this 7th day of August, 2018. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | MCLETCHIE SHELL LLC |
| */s/ Robert W. Freeman, Jr.* | */s/ Margaret A. McLetchie* |
| Robert W. Freeman, Jr., Esq. NBN 3062<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorney for Defendants* | Margaret A. McLetchie, NBN 10931<br>Alina M. Shell, NBN 11711<br>701 East Bridger Ave., Suite 520<br>Las Vegas, NV 89101<br>and<br>Jennifer L. Braster, NBN 9982<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

DATED August 8, 2018

_____
UNITED STATES MAGISTRATE JUDGE