Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702)728-5300

Jennifer L. Braster, NBN 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone (702) 420-7000
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS WALKER, an individual, and
CATHY CATALDO, an individual

            Plaintiffs,

vs.

CITY OF NORTH LAS VEGAS; OFFICER
PAUL MAALOUF, individually and in his
official capacity as a North Las Vegas Police
Department Officer; and OFFICER TRAVIS
SNYDER, individually and in his official
capacity as a North Las Vegas Police
Department Officer,

            Defendants.

Case. No.: 2:14-cv-01475-JAD-NJK

**STIPULATION AND ORDER TO
EXTEND THE DEADLINE FOR
PLAINTIFFS' TO FILE THEIR
REPLY TO DEFENDANTS'
RESPONSE TO PLAINTIFFS'
EVIDENTIARY OBJECTIONS TO
EXHIBITS IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

**(First Request)**

        Pursuant to LR IA 6-1 and LR 26-4, the parties, by and through their respective

counsel of record, hereby stipulate and request that this Court extend the deadline to file the

Plaintiffs' reply to Defendants' Response (ECF No. 203) to Plaintiffs' Evidentiary

Objections (ECF No. 202) to Exhibits in Support of Defendants Motion for Summary

Judgment (ECF No. 164) in the above-captioned case seven (7) days, up to and including

August 17, 2018.

/ / /

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiffs initiated this request due to competing deadlines, including a reply to a fee application in *Hartfield v. Office of the Clark County Coroner/Medical Examiner, et al.*, Eighth Judicial District Court Case No. A-18-768781-C , due on August 8, 2018; a hearing on a petition for writ of mandamus in *Las Vegas Review-Journal v. Las Vegas Metropolitan Police Departmen*t, Eighth Judicial District Court Case No. A-18-775378-W, set for August 8, 2018; and an answering brief in *Clark County Office of the Coroner/ Medical Examiner v. Las Vegas Review-Journal*, Nevada Supreme Court Case No. 74604, due on August 13, 2018.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MCLETCHIESHELL
ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM



MCLETCHIESHELL

ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
Las Vegas, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

1   WHEREFORE, the parties respectfully request that this Court extend the deadline

2   to file the Plaintiffs' reply to Defendants' Response (ECF No. 203) to Plaintiffs'

3   Evidentiary Objections (ECF No. 202) to Exhibits in Support of Defendants Motion for

4   Summary Judgment (ECF No. 164) by seven (7) days from the current deadline of August

5   10, 2018 up to and including August 17, 2018.

6   IT IS SO STIPULATED.

7   DATED this 7th day of August, 2018.      DATED this 7th day of August, 2018.

8   LEWIS BRISBOIS BISGAARD & SMITH      MCLETCHIE SHELL LLC

9   
10  */s/ Robert W. Freeman, Jr.*             */s/ Margaret A. McLetchie*
    Robert W. Freeman, Jr., Esq. NBN 3062    Margaret A. McLetchie, NBN 10931
11  6385 S. Rainbow Blvd., Suite 600         Alina M. Shell, NBN 11711
    Las Vegas, NV 89118                      701 East Bridger Ave., Suite 520
12  *Attorney for Defendants*                Las Vegas, NV 89101
                                                      and
13                                           Jennifer L. Braster, NBN 9982
                                             NAYLOR & BRASTER
14                                           1050 Indigo Drive, Suite 200
                                             Las Vegas, NV 89145
15                                           *Attorneys for Plaintiffs*

16                          **ORDER**

17
18  IT IS SO ORDERED.

19
20  DATED August 8, 2018

21

22  _____

23  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28