# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WALKER, et al., | Case No.: 2:14-cv-001475-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| CITY OF NORTH LAS VEGAS, et al., | |
| Defendant(s). | |

Pending before the Court is Defendant Paul Maalouf's request for exception of attendance requirement at the settlement conference set for August 1, 2019. Docket No. 222. Any response shall be filed no later than June 19, 2019, and any reply shall be filed no later than June 21, 2019.

IT IS SO ORDERED.

Dated: June 13, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1