**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THOMAS WALKER, *et al*.,

      Plaintiff(s),

v.

CITY OF NORTH LAS VEGAS, *et al.*,

      Defendant(s).

Case No.: 2:14-cv-01475-JAD-NJK

**Order**

[Docket No. 222]

Pending before the Court is Defendant Officer Paul Maalouf's motion for an exception to the personal attendance requirement at the settlement conference scheduled for August 1, 2019. Docket No. 222.

Defendant Maalouf submits that he is scheduled to be out of state on the settlement conference date and that his travel was booked and paid for prior to the referred this case to a settlement conference. Docket No. 222 at 1. In response, Plaintiffs submit that they do not object to rescheduling the settlement conference; however, they do object to Defendant's non-attendance because he is a named individual and his participation is critical to the settlement conference. Docket No. 224 at 2. In reply, Defendants submit that, while they do not believe that Defendant Maalouf's presence is necessary, they do not oppose rescheduling the settlement conference. Docket No. 225 at 2.

The Court agrees with Plaintiffs that Defendant Maalouf's presence at the settlement conference is necessary. Accordingly, the Court **VACATES** the settlement conference set for

August 1, 2019.  No later than June 27, 2019, the parties shall submit a stipulation to reset the settlement conference that includes five dates on which all required attendees are available.

IT IS SO ORDERED.

Dated: June 24, 2019

_____
Nancy J. Koppe
United States Magistrate Judge